# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: IN RE: VERNON STOVALL

Case Number: 18 B 30789

An appearance is hereby filed by the undersigned as attorney for:

E&R Towing

Attorney name (type or print): Bernard F. Crotty

Firm: Law Office of Bernard F. Crotty P. C.

Street address: 18861 90th Ave  Suite E

City/State/Zip: Mokena  IL 60448

Bar ID Number: 6229079
(See item 3 in instructions)

Telephone Number: (708) 390-2803

Email Address: bc@crottylawoffice.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 19, 2019

Attorney signature: S/ Bernard F. Crotty
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015